RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA  94025-4008
Telephone:  650-838-2000
Facsimile:  650-838-2001

CASONDRA K. RUGA (Ca. Bar No. 237597)
casondra.ruga@alston.com
ALSTON & BIRD LLP
333 South Hope Street
Sixteenth Floor
Los Angeles, CA  90071
Telephone:  213 576-1000
Facsimile:  213 576-1100

BYRON HOLZ (*pro hac vice*)
byron.holz@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:  404-881-7000
Facsimile:  404-881-7777

*Attorneys for Applicant*
*Nokia Corporation*

**GRANTED**
Judge Edward J. Davila
2/18/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of Nokia Corporation,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery From Google Inc. for use in Foreign Proceeding. | Case No.: 5:13-mc-80217-EJD-PSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Currently pending before the Court is Nokia's Amended Application for Subpoena of Google in Aid of Prosecution of Foreign Patent Litigation (Doc. No. 15).  Nokia and HTC have agreed to dismiss the foreign litigation to which this application relates.  No answer or motion for summary judgment has been filed, and Nokia hereby voluntarily dismisses the application without prejudice.

1 | *See* Fed. R. Civ. P. 41(a)(1)(A)(i)

3 | DATED: February 10, 2014        Respectfully submitted,

ALSTON & BIRD, LLP


 /s/ RYAN W. KOPPELMAN

RYAN W. KOPPELMAN
CASONDRA K. RUGA
BYRON HOLZ

Attorneys for Applicant Nokia Corporation

Case No.: 5:13-mc-80217-EJD-PSG